UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20618-CR-MORENO

21 U.S.C. § 963
21 U.S.C. § 959(b)(2)
21 U.S.C. § 853

/OTAZO-REYES



UNITED STATES OF AMERICA

vs.

LUIS FERNANDO GALEANO ESCOBAR,
    a/k/a "Perico,"
ESTEBAN SIERRA ECHEVERRI,
    a/k/a "Flaco,"
    a/k/a "Mono,"
    a/k/a "Capi,"
HECTOR ALONSO CANAVERAL MENDOZA,
    a/k/a "Caña,"
CARLOS FRANCISCO ALVAREZ RODRIGUEZ,
    a/k/a "Corbata,"
and
JOHN ELKIN MARIN GUTIERREZ,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in or around June 2011, the exact date being unknown to the Grand Jury, and continuing through on or about October 31, 2011, in the countries of Colombia, Venezuela, and elsewhere, the defendants,

LUIS FERNANDO GALEANO ESCOBAR,
a/k/a "Perico,"
and
ESTEBAN SIERRA ECHEVERRI,
a/k/a "Flaco,"

a/k/a "Mono,"
a/k/a "Capi,"

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to possess with the intent to distribute a Schedule II controlled substance on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning at least as early as in or around August 2011, the exact date being unknown to the Grand Jury, and continuing through on or about December 31, 2011, in the countries of Colombia, Panama, and elsewhere, the defendants,

LUIS FERNANDO GALEANO ESCOBAR,
a/k/a "Perico,"
HECTOR ALONSO CANAVERAL MENDOZA,
a/k/a "Caña,"
CARLOS FRANCISCO ALVAREZ RODRIGUEZ,
a/k/a "Corbata,"
and
JOHN ELKIN MARIN GUTIERREZ,

did knowingly and willfully combine, conspire, confederate and agree with each other, and other persons known and unknown to the Grand Jury, to possess with the intent to distribute a Schedule II controlled substance on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

a. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **LUIS FERNANDO GALEANO ESCOBAR,** a/k/a "Perico," **ESTEBAN SIERRA ECHEVERRI,** a/k/a "Flaco," a/k/a "Mono," a/k/a "Capi," **HECTOR ALONSO CANAVERAL MENDOZA,** a/k/a "Caña," **CARLOS FRANCISCO ALVAREZ RODRIGUEZ,** a/k/a "Corbata," and **JOHN ELKIN MARIN GUTIERREZ** have an interest.

b. Upon conviction of any of the violations alleged in this Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_[signature]_
FOREPERSON

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
DUSTIN M. DAVIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LUIS FERNANDO GALEANO ESCOBAR, et al.,

**Defendants.**
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami ____ Key West
____ FTL ____ WPB ____ FTP

New Defendant(s)           Yes ____  No ____
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  7  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days    ____            Petty    ____
   II   6 to 10 days   __X__           Minor    ____
   III  11 to 20 days  ____            Misdem.  ____
   IV   21 to 60 days  ____            Felony   __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

                                    _____
                                    DUSTIN M. DAVIS
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court No. A5501193

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LUIS FERNANDO GALEANO ESCOBAR

**Case No:** _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine On Board a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>ESTEBAN SIERRA ECHEVERRI</u>

Case No: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine On Board a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** HECTOR ALONSO CANAVERAL MENDOZA

**Case No:** _____

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine On Board a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:**     Life Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: CARLOS FRANCISCO ALVAREZ RODRIGUEZ**

Case No: _____

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine On Board a United States Registered Aircraft

*Title 21, United States Code, Section 963*

**\*Max. Penalty:**     Life Imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOHN ELKIN MARIN GUTIERREZ

**Case No:** _____

Count #: 2

Conspiracy to Possess with Intent to Distribute Cocaine On Board a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:**    Life Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.